**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 16, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00841-CV

### IN RE RAFAEL RAZO, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-273281**

### MEMORANDUM OPINION

On November 7, 2023, relator Rafael Razo filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable J. Christian Becerra and Argie Brame, respectively the presiding and associate judges of the 434th District Court, to vacate an order retaining the trial court proceeding on the trial court's docket.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.